IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Deborah Hansen     Date: June 20, 2012
Court Reporter:     Gwen Daniel     Probation: Michelle Means

_____

Criminal Action No. 11-cr-00421-WJM-1     <u>Counsel:</u>

UNITED STATES OF AMERICA,     Kasandra Carleton

    Plaintiff,

v.

1. MOISES CARRERA,     Alejandro Espinosa

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

01:30 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Ms. Carleton's comments

Mr. Espinosa's comments

Court's comments

Government's oral motion to dismiss the forfeiture allegation in the Indictment (by Ms. Carleton). The defense does not object.

**ORDERED:** **The Government's oral motion to dismiss the forfeiture allegation in the Indictment as to Defendant Moises Carrera is GRANTED, and that forfeiture allegation is DISMISSED.**

**ORDERED:** **The Government's Motion for Defendant to Receive a Three-Level Reduction in Offense Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) [ECF No. 46] is GRANTED.**

**ORDERED:** **The Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 [ECF No. 45] is GRANTED.**

Statement by Defendant's father

Statement by Defendant's mother

Statement by Defendant's brother

Defendant's Allocution

> Defendant plead guilty to a one Count Indictment on April 2, 2012.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Moises Carrera, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 66 months.**

> **In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**
>
> **The Court recommends that the defendant be incarcerated at a facility appropriate to his security designation located within or reasonably near the District and State of Minnesota.**
>
> **The Court recommends that the director of the Bureau of Prisons consider allowing the defendant to enroll in a substance abuse treatment program while serving his custodial sentence.**

**ORDERED:** Upon release from imprisonment, the defendant shall be placed on Supervised Release for a term of three years.

Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** Special Conditions of Supervised Release:

1. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

   The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.

> **The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

02:09 a.m.  Court in Recess
            Hearing concluded
            Time: 39 minutes