IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: July 12, 2012 |
| Court Reporter: Gwen Daniel | Probation: Michelle Means |
| | Interpreter: Susana Cahill |

_____

Criminal Action No.   11-cr-00421-WJM        *Counsel:*

UNITED STATES OF AMERICA,                    Kasandra Carleton

     Plaintiff,

v.

2.  JORGE LUIS QUIROZ,                       Matthew Golla

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:04 p.m.    Court in Session

Appearances

Oath administered to Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Ms. Carleton's comments

Mr. Golla's comments

1

The defense requests that the Court strike the letter from the defendant to the Court (ECF No. 58).

Ms. Carleton's comments

The Government supports the oral motion to strike.

Colloquy between the Court and the defendant.

**ORDERED: The oral motion of the defense to strike the letter (ECF No. 58) is GRANTED. The letter from the defendant to the Court is STRICKEN.**

Sentencing Statement (by Ms. Carleton)

Sentencing Statement (by Mr. Golla)

Defendant requests placement at a facility appropriate to his security level in the District of Minnesota.

Government's oral motion to withdraw the forfeiture allegation in the Indictment (by Ms. Carleton)

**ORDERED: The oral motion to withdraw the forfeiture allegation in the Indictment is GRANTED.**

**ORDERED: Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. § 3E1.1(b) (ECF No. 54) is GRANTED.**

Court's comments

Ms. Carleton's comments

Mr. Golla's comments

**ORDERED: Defendant's Motion for Downward Departure or Variance From the Advisory Sentencing Guidelines (ECF No. 53) is GRANTED.**

**ORDERED: Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (ECF No. 55) is GRANTED.**

Defendant's Allocution

> Defendant plead guilty to Count One of the Indictment on April 13, 2012.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jorge Luis Quiroz, Jr., is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 113 months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the defendant be incarcerated at a facility appropriate to his security designation located within or reasonably near the District of Minnesota.**

**The Court recommends to the director of the Bureau of Prisons that the defendant be allowed to participate in the Residential Drug Abuse Program (RDAP) program.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of five years.**

**While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

**The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed**

**by the probation officer.**

**The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the Special assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

02:37 p.m.   Court in Recess
             Hearing concluded
             Time: 33 minutes